### 10933.  SPENCER v. THE STATE.

LUKE, J.   The evidence in this case amply warranted the conviction of the defendant.   For no reason assigned was it error to overrule the motion for a new trial.

> *Judgment affirmed.  Broyles, C. J., and Bloodworth, J., concur.*
> DECIDED DECEMBER 9, 1919.

Indictment for manufacture of liquor; from Terrell superior court—Judge Worrill.  September 1, 1919.

*R. R. Jones,* for plaintiff in error.

*B. T. Castellow, solicitor-general, R. R. Arnold,* contra.

---

### 10934.  PATTERSON v. THE STATE.

BLOODWORTH, J.   The judge did not err in charging on voluntary manslaughter or in failing to charge on involuntary manslaughter; the requests to charge, as far as legal and pertinent, were covered by the charge given; there is evidence to support the verdict, and it having been approved by the trial judge, this court will not set it aside.

> *Judgment affirmed.  Broyles, C. J., and Luke, J., concur.*
> DECIDED DECEMBER 9, 1919.

Indictment for murder—conviction of voluntary manslaughter; from Cobb superior court—Judge Morris.  September 13, 1919.

Application for certiorari was denied by the Supreme Court.

*Clay & Giles, F. S. Chalmers, Harvey Hill,* for plaintiff in error.

*John T. Dorsey, solicitor-general, William Butt,* contra.